UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
                Plaintiff,

                                                  21 civ 7349 (JGK)

      -against-

BitCONNECT, et al.,
                Defendants.
------------------------------------------------------------X

## ORDER

The conference adjourned from December 2, 2021, will be held on March 1, 2022, at 2:30pm.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 18, 2021