All Counsel (By ECF)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE COMMISSION,

                 Plaintiff,

      - against -                           21-CV-7349 (JGK)

BITCONNECT,
SATISH KUMBHANI,
GLENN ARCARO, and
FUTURE MONEY LTD.,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ORDER

       The Court, having reviewed the Government's Notice of Motion to Intervene and to Stay

Civil Proceedings in the above-captioned case (the "Civil Case") submitted pursuant to Rule 24 of

the Federal Rules of Civil Procedure, and the Government's Memorandum of Law in Support of

its Motion to Intervene to Stay Civil Proceedings, *and there being no opposition,* HEREBY ORDERS THAT:

       Pending resolution of the criminal matter captioned United States v. Glenn Arcaro, 21-CR-

2542-TWR (S.D. Cal., Sept. 1, 2021), and the conclusion of the criminal investigation, the Civil

Case proceedings are stayed and the Securities and Exchange Commission, defendants

BitConnect, Satish Kumbhani, Glenn Arcaro, and Future Money Ltd., will not seek discovery in

the Civil Case from one another or from third parties.

IT IS SO ORDERED.

Dated: New York, New York
     12/15   , 2021

                         THE HONORABLE JOHN G. KOELTL
                         UNITED STATES DISTRICT JUDGE
                         SOUTHERN DISTRICT OF NEW YORK