UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

BITCONNECT, ET AL.,

Defendants.

21-cv-7349 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The plaintiff is requested to file a status report with respect to the status of this action by **January 22, 2027.**

**SO ORDERED.**

Dated: New York, New York
November 9, 2026

John G. Koeltl
United States District Judge